AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| GEOSOUTHERN ENERGY CORPORATION, INC. <br><br> *Plaintiff(s)* <br> v. <br><br> CERTAIN UNDERWRITERS AT LLOYD'S LONDON AGREEMENT NO. B6049B112TA01619 SYNDICATE NO. 4020 SUBSCRIBING TO POLICY NO. PGIARK02632-00 <br> *Defendant(s)* | Civil Action No.  5-15-cv-00623-FB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CERTAIN UNDERWRITERS AT LLOYD'S LONDON AGREEMENT NO. B6049B112TA01619 SYNDICATE NO. 4020 SUBSCRIBING TO POLICY NO. PGIARK02632-00
c/o Edward T. Smith, Esq.
Mendes & Mount, LLP
750 Seventh Avenue
New York, New York 10019-6829

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Catherine L. Kyle
Chamberlain McHaney
301 Congress Avenue, 21st Floor
Austin, Texas  78701

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT  JEANNETTE J. CLACK

Date: 7/29/2015

*Signature of Clerk or Deputy Clerk*